AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SHERO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00148 |
| SANDERS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FLOOK .

Date:   02/28/2024

/s/ Ernesto H. Molina
*Attorney's signature*

Ernesto H. Molina (CA181304)
*Printed name and bar number*

Po BOX 878
Ben Franklin Station
Washington, DC 20044

*Address*

mandamus.oil@usdoj.gov
*E-mail address*

(202) 616-9344
*Telephone number*

*FAX number*