UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORA SHERO,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT P. SANDERS,<br><br>　　　　　　　Defendant. | Civil Action No. 1:24-cv-148 (RJL) |

**MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

　　　Pursuant to Federal Rule of Civil Procedure 6, Defendant, through undersigned counsel, respectfully moves to extend his time to respond to the Complaint.  Specifically, Defendant requests a 30-day extension, *i.e.*, extending the current deadline from March 25, 2024, to April 24, 2024.  The grounds for this motion are as follows.

　　　Plaintiff seeks to compel further action on a request for a visa.  Previously, the U.S. Consulate in Montreal, Canada, refused Plaintiff's requested visa under Section 221(g) of the Immigration and Nationality Act, 8 U.S.C. § 1201(g), for administrative processing.  Defendant needs additional time to obtain updated information and evidence from the U.S. Department of State and from the U.S. Consulate in Montreal.

　　　This request is made in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents Defendant's first request for an extension of this deadline and the first request for an extension in this action.

Based on the foregoing, Defendant respectfully requests that deadline to respond to the Complaint be extended through and including **April 24, 2024**.[1]

A proposed order is enclosed herewith.

Dated: March 21, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation

By: /s/ SIU WONG
SIU WONG
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1955

---

[1] On March 20, 2024, undersigned counsel emailed counsel for Plaintiff to ascertain Plaintiff's position on this motion. As of filing, Petitioner has yet to provide a definitive response.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORA SHERO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT P. SANDERS, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:24-cv-148 (RJL) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the Complaint and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including **April 24, 2024**, to respond to the Complaint in this action.

SO ORDERED:

_____           Hon._____
Date                                                               RICHARD J. LEON
                                                                         United States Senior Judge